[Nos. 27233-8-III; 27234-6-III.   Division Three.   December 10, 2009.]

CONNIE L. MORSE ET AL., *Appellants*, v. ARNOLD E. JONES ET AL., *Defendants*, RANCHO VILLA, INC., *Respondent*.

RANCHO VILLA, INC., *Respondent*, v. CONNIE L. MORSE ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Walla Walla County, No. 04-2-01055-2, Robert L. Zagelow, J., entered June 30, 2008. *Reversed* and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 27408-0-III.   Division Three.   December 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN RUSSELL MORTENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Garfield County, No. 08-1-00012-9, William D. Acey, J., entered August 7, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 27422-5-III.   Division Three.   December 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SHIRLEY A. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-04133-9, Maryann C. Moreno, J., entered June 20, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 27560-4-III.   Division Three.   December 10, 2009.]

WOODROW C. MOSSMAN ET AL., *Appellants*, v. JOSEPH E. ROWLEY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-04575-3, Michael P. Price, J., entered October 17, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ.